UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Myanh Thi Nguyen,  Case No. 3:18-cv-600

    Plaintiff,

v.  ORDER

Commissioner of Social Security,

    Defendant.

Before me is the January 16, 2019 Report and Recommendation of Magistrate Judge David A. Ruiz, recommending I affirm the decision of the Commissioner of Social Security denying the application of Plaintiff Myanh Thi Nguyen for Period of Disability and Disability Insurance Benefits. (Doc. No. 14).

Under federal law, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981). In this case, the fourteen-day period has elapsed and no objections have been filed.

The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the Report and Recommendation. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d at 950 (6th Cir. 1981); *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370,

1373 (6th Cir. 1987) ("only those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following review of the Magistrate Judge's Report and Recommendation, I adopt the Report and Recommendation, (Doc. No. 14), in its entirety as the Order of the Court, and affirm the Commissioner's decision.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge